427 P.2d 44

**Gabriel VALDEZ and Delfin Quintana, Relators,**

v.

**Judge Paul TACKETT, Judge of the District Court, acting in Cause No. 8650 in the First Judicial District, Rio Arriba County, New Mexico, Respondent.**

No. 8394.

Supreme Court of New Mexico.

May 3, 1967.

CHAVEZ, Chief Justice, and NOBLE, MOISE, COMPTON and CARMODY, Justices, concurring.

Ordered that the alternative writ of prohibition heretofore issued herein on March 15, 1967, be and the same is hereby quashed as having been improvidently issued.

427 P.2d 44

**STATE of New Mexico, ex rel. George Dewey HON and Melba L. Hon, Relators,**

v.

**Nadine SPEIR, Clerk of Luna County District Court, Respondent.**

No. 8380.

Supreme Court of New Mexico.

April 5, 1967.

NOBLE, Acting Chief Justice, and MOISE, COMPTON and CARMODY,

Justices, concurring; CHAVEZ, Chief Justice, being absent and not participating.

Ordered that the alternative writ of mandamus heretofore issued herein on March 8, 1967, be and the same is hereby quashed, it appearing that from the language of the judgment, the Hons do not have a personal judgment against the Hilburns upon which an execution could issue.

427 P.2d 44

**Benny F. CATHEY, Petitioner,**

v.

**The BOARD OF PHARMACY FOR the STATE OF NEW MEXICO, Respondent.**

No. 8423.

Supreme Court of New Mexico.

April 19, 1967.

CHAVEZ, Chief Justice, and NOBLE, MOISE, COMPTON and CARMODY, Justices, concurring.

Ordered that the motion for stay of judgment be and the same is hereby denied.